**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTHCONNECT, LLC,<br><br>Defendant. | Case No. 8:20-cv-02389-CJC-ADS<br><br>**STIPULTION OF DISMISSAL** |

Plaintiff, RADLEY BRADFORD, and Defendant, QUEST HEALTHCONNECT, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against QUEST HEALTHCONNECT, LLC. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: February 22, 2021                Respectfully Submitted,

RADLEY BRADFORD                         QUEST HEALTHCONNECT, LLC

*/s/ Nicholas M. Wajda*                 */s/ Mark S. Eisen (with consent)*
                                        Mark S. Eisen

1

| | | |
|---|---|---|
| 1 | Nicholas M. Wajda | Benesch Friedlander Coplan & Aronoff LLP |
| 2 | (State Bar No. 259178) | 71 South Wacker Drive, Suite 1600 |
| 3 | 6167 Bristol Parkway | Chicago, IL 60606-4637 |
| | Suite 200 | MEisen@beneschlaw.com |
| 4 | Culver City, California 90230 | (312) 212-4956 |
| 5 | Telephone: 310-997-0471 | |
| | Facsimile: 866-286-8433 | |
| 6 | E-Mail: nick@wajdalawgroup.com | |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on February 22, 2021, he caused a copy of the foregoing, **STIPULATION OF DISMISSAL,** to be served electronically via CM/ECF system on all counsel of record

*s/ Nicholas M. Wajda*