JS-6

FILED
CLERK, U.S. DISTRICT COURT
2/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTHCONNECT, LLC,<br><br>Defendant. | Case No. 8:20-cv-02389-CJC-ADS<br><br>~~PROPOSED~~ **ORDER ON STIPULTION OF DISMISSAL**<br>**(DKT. 9)** |

Plaintiff, RADLEY BRADFORD and Defendant, QUEST HEALTHCONNECT, LLC, through their respective counsel, having filed their Stipulation of Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED:

1. The stipulation is approved. The action is hereby dismissed with prejudice of Plaintiff's individual claims.

2. The class claims are dismissed without prejudice.

Dated: February 22, 2021

_____
UNITED STATES DISTRICT JUDGE
HON. CORMAC J. CARNEY

1